UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARK FLOMENHOFT and**
**LINDA FLOMENHOFT,**

    Plaintiffs,

v.                                           Case No.  8:12-cv-2496-T-30EAJ

**GEORGIA-PACIFIC LLC and**
**UNION CARBIDE CORPORATION,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Reconsider the Extension of Fact Discovery Deadline to Depose Thomas Roma (Dkt. 41), Defendant Georgia-Pacific LLC's Motion to Extend the Fact Discovery Deadline to Take the Deposition of Bruce R. Ahlum and to Inspect the "Stoneridge Home" (Dkt. 42), and Plaintiff's Response in Opposition to Defendant's Motion (Dkt.45).  On June 17, 2013, the Court held a telephonic hearing on these matters and heard argument from counsel.  For the reasons stated on the record, it is therefore **ORDERED AND ADJUDGED** that:

    1.    Plaintiffs' Motion to Reconsider the Extension of Fact Discovery Deadline to Depose Thomas Roma (Dkt. 41) is DENIED.  As the Court previously held, the fact discovery deadline is extended to the extent that Defendant Georgia-Pacific may depose non-party witness Thomas Roma.

2. Defendant Georgia-Pacific LLC's Motion to Extend the Fact Discovery Deadline to Take the Deposition of Bruce R. Ahlum and to Inspect the "Stoneridge Home" (Dkt. 42) is GRANTED in part and DENIED in part. The fact discovery deadline is extended to the extent that Defendant Georgia-Pacific may depose non-party witness Bruce Ahlum. The issue of whether Georgia-Pacific may inspect the "Stoneridge Home" is a matter left to the parties and Mr. Ahlum to determine.

3. **All remaining deadlines in this case remain unchanged.**

**DONE and ORDERED** in Tampa, Florida on June 17, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-2496.mts.frm